# EXHIBIT A

**EXHIBITS IN SUPPORT OF SENTENCING MEMORANDUM**

July 6, 2026

To the Honorable Judge Tigar:

My name is Erik Contreras, I want to start by saying I am deeply sorry. I'm not sure how things got this way to have me in front of you right now as a remorseful and deeply apologetic man. I'm sorry for all the people my actions have affected: the victims in the photos, my family, my friends, and myself. I know this is just the beginning of a long road of learning, rectifying my wrongs, and making amends to the people in my life.

It's hard to say where this all started where I felt my actions were okay, let alone even think about them. I have struggled with addiction, the denial, and that I knew how to fix my problems. With my personal struggles and lack of awareness I've battled my demons and will continue to face then every time I look in the mirror. I can barely look at myself and say that I am okay with who I am today.

I've been reflecting a lot on the victims of these actions and understand that they are real people who's lives have been adversely affected. My actions have perpetuated their continued struggles and have harmed them in ways I can't comprehend. It brings me so much sadness to even think about the events they've had to endure. I will never understand what they've been through or how they feel today but I do know I will do what I must to make amends to the challenges they face for the rest of their lives.

Working my addiction programs by attending daily meetings along with meeting with my sponsor and others who help me through the struggles has truly given me awareness of the issues I have and the actions I've committed. After re-reading the conversations I've had with the undercover officer, I can't even begin to comprehend my mindset in those times in my newfound sobriety. I truly am ashamed at the thoughts I had and the way I tried to portray myself to this person as if it was something that was "okay", it is absolutely NOT okay.

Working through my own traumas has been a truly educational and eye-opening journey. Not only understanding the mechanics or the trauma but learning how to work through them in a positive and constructive manner. I am continuing to dig myself out of the deep hole I created for myself and using all the tools that are available to me. My fellows in my programs have been a great addition to my support network, they understand me and my addictions that no one in my life has before.

Through all this I am clinging on that I can redeem myself in the eyes of my family, peers, and society. Being able to identify my character defects and struggles with addiction has helped me keep my head above water and not succumbing to my own hand. The addiction and therapy programs I have been attending have helped me with my own acceptance and forgiveness, I am truly grateful for all the people that I have met throughout this journey.

Being able to help others as well with their own struggles has also been a very rewarding experience. Being able to provide a helping hand to others in their own struggles has given me a purpose that I've lost over the last few years. Not only in these programs but also volunteering my time in my lapidary club and habitat restoration programs I've attended over the last several months.

During this whole process I have also adopted a dog who has been a positive addition to my life. He has re-taught me several lessons on caring for another being and has helped me with my own struggles. I've been outside more and hiking all throughout the bay area, overall getting me back outside again. Hiking

with him has been a positive output for myself to truly live in the moment and to appreciate all of the nuances of life and the world I am surrounded by. I truly hope I can continue to be the best owner I can be for him. He's, with no exaggeration, an extension of myself and being his owner has given me to drive to he the best person I can be.

I wish to continue being a positive contributor to society along with those who are close to me: my family, my friends, and my other fellows in my AA program, for as long as you would allow me. I want finish off by saying again I am truly sorry for my actions and will continue to take steps to make sure you will never see me in this situation again.

Sincerely yours,
Erik Contreras

# EXHIBIT B

**EXHIBITS IN SUPPORT OF SENTENCING MEMORANDUM**

Dear Honorable Judge,

Erik Contreras is my cousin, and I am writing this letter to offer a glimpse into the person I know him to be.

Erik has always been a dependable and loving member of our family. What I have admired most about him recently is his unwavering commitment to healing and to doing the next right thing. Over the past several months, he has dedicated himself fully to his physical, mental, and emotional well-being, in what I can only describe as a full-time commitment to recovery and healing.

Erik has cut ties with friends and a relationship that did not serve his well-being and he attends individual therapy twice a week, participates in weekly group counseling, and actively attends Alcoholics Anonymous meetings every week. His dedication to his recovery has earned the trust of his peers, and he was recently nominated to serve as secretary for his AA group. In that role, he spends several hours each week preparing agendas and helping organize meetings in service of others on similar journeys.

Beyond his formal recovery work, Erik has intentionally built a life centered around healthy community and positive routines. He organizes and leads hikes throughout the greater Bay Area, finding connection and purpose outdoors. He also regularly attends adult coloring meetups at local coffee shops and was recently asked to step in as the host when the regular organizers were unavailable.

His commitment to caring for others extends to our family as well. When we spoke on the phone last week, he was at the hospital making sure our grandmother had received her meal and helping coordinate her care. He routinely runs errands for her and shows up wherever he is needed. He has made a conscious effort to fill his time with meaningful, healthy, and service-oriented activities.

Over the past several months, Erik and I have had many conversations about what healing, accountability, repair, and recovery truly look like. What has stood out to me most is not only his commitment to maintaining his sobriety, but also his sincere desire to take responsibility for the past, make amends where possible, and become a better man.

I sincerely hope Erik is given the opportunity to continue this journey of healing. I have witnessed firsthand the work he has put into rebuilding his life, and I know he has a family that loves him deeply, believes in his capacity for change, and will continue to support him while holding him accountable every step of the way.

Respectfully,

Mayra Cruz

# EXHIBIT C

**EXHIBITS IN SUPPORT OF SENTENCING MEMORANDUM**

Character Statement for Erik A. Contreras

This character statement is intended to speak to the truth of who Erik Contreras is as a person, a brother, and a man. I will do my best to share my experiences and the person I have known throughout my life.

Growing up, Erik was my older brother, and with that role came certain responsibilities that he embraced. He was the person who would read me bedtime stories, let me choose what cartoons we watched, and occasionally give me control of the video game controller. Like any brothers, we had our moments of joking and brotherly banter that sometimes went a little too far, but those moments were always rooted in the bond we shared.

Erik has always been a family-oriented person. That comes from the type of family we were raised in and the values that were instilled in us. We grew up in the same household and experienced many of the same things, although we each handled and processed those experiences differently. Erik was always more outspoken, intense, and willing to express himself, while I was more reserved. I cannot speak to the reasons behind those differences, but I know that he has always cared deeply about the people around him.

As we entered our teenage years, life naturally took us in different directions. Erik was moving into adulthood while I was still finding my own path. I became heavily involved in sports, and he began creating his own journey. Like many siblings, we became more distant during that time, but the bond of being brothers never disappeared.

Over the years, I noticed Erik going through challenges and periods where he seemed to lose sight of the person I knew him to be. Certain choices, relationships, and circumstances affected him, and from my perspective, some of those situations were not helping him become the person he was capable of being. I believe that period of his life was difficult for him, but I also believe it does not define who he is.

Since everything that has happened legally, I have seen meaningful changes in Erik. I have noticed a positive shift in his attitude, his mindset, and the way he approaches life. His relationship with our parents has improved, and he has shown more maturity, responsibility, and willingness to accept support. Through therapy, sobriety, and other positive outlets, I have seen him begin to rebuild himself and make healthier decisions.

I have seen my brother become more proactive, more focused, and more intentional about avoiding situations that could negatively affect his future. I have not seen this version of Erik in a long time, and it has been encouraging to watch him take steps toward becoming a better man.

I love my brother, and while I wish some of the things he experienced or became involved with had never happened, I also know that people are capable of growth and change. Erik was the older brother I needed growing up. Along the way, he struggled and lost parts of himself, but I genuinely believe he is working hard to find his way back to the person he was meant to be.

I believe Erik's character is not defined by his mistakes, but by the actions he has taken afterward, the accountability he has shown, and the effort he continues to make to improve himself. I hope this statement provides a true reflection of the brother and person I know Erik to be.

Respectfully,

EC

# EXHIBIT D

**EXHIBITS IN SUPPORT OF SENTENCING MEMORANDUM**

April 22, 2026

To the Honorable Judge, or To Whom It May Concern:

I am writing this letter with a full heart to provide a character reference for my colleague and dear friend, Erik Contreras. I have known Erik both professionally and personally for alomost two years, and it has been one of the most meaningful experiences to watch his remarkable journey of healing and self-discovery.

At Penumbra Inc. in Alameda, California, I work closely with Erik every day, as our departments collaborate hand-in-hand to support the company's vital operations. Erik serves as a dedicated supervisor to five facilities technicians, managing their daily tasks, training, and performance with exceptional organization, clear communication, and genuine care. He consistently ensures tasks are completed on time and to the highest standard. He regularly holds one-on-one meetings with his team to nurture a positive, supportive culture and personally conducts their annual reviews and onboarding. In our life-saving medical device manufacturing organization, the Facilities department is the backbone that keeps nine buildings and all operations running smoothly. Erik is a trusted and indispensable leader whose reliability directly contributes to our mission of delivering products that save lives.

Beyond the workplace, I have witnessed Erik's profound personal transformation — a metamorphosis that has moved me deeply and filled me with genuine hope and admiration. Erik has faced immense pain from a past long-term relationship that left him mentally and physically traumatized. Rather than allowing that darkness to define him, he has shown extraordinary courage, humility, and an unwavering growth mindset. He has openly accepted responsibility for how his past affected his life and the lives of others, expressing deep and sincere remorse for the harm caused. His commitment to change is not just words — it is visible in every action he takes.

Erik approaches his recovery with fierce determination and seriousness. He attends multiple group therapy sessions and one-on-one counseling each week, diving deeply into the emotional work required to heal. In the past several months alone, I have seen drastic, inspiring changes in him that bring tears to my eyes when I reflect on how far he has come. With an open mind and radiant optimism that now shines both personally and professionally, Erik has completely let go of his old life — disassociating from past friends, influences, and patterns that no longer serve him. Starting over as an adult, rebuilding healthy social connections, and creating a brand-new support system is one of the hardest things a person can do. Yet Erik has embraced this challenge with remarkable strength and grace.

He has poured his heart into positive new pursuits that reflect his genuine desire to become a better man: joining clubs centered on his love for crystals and rocks, passionately hiking, and committing to ambitious fitness goals. Watching his metamorphosis has been nothing short of extraordinary — a true testament to his ambition, resilience, and heartfelt drive to grow. Through this journey, Erik has cultivated deep empathy, learned to manage animosity with grace and balance, and become someone who listens with his whole heart, supports others selflessly, and brings a warm, fun-spirited light into every room.

Erik has trusted me as both his colleague and friend to walk beside him as his cheerleader and steadfast supporter throughout this healing process. Seeing the genuine emotion in his eyes when he speaks about his growth, and the quiet pride he now carries, has strengthened my belief in the power of second chances. He is not the same person he once was — he is becoming an even better colleague, an even better friend, and, most importantly, an even better human being who contributes positively to the world around him.

I wholeheartedly believe that Erik's remorse is sincere, his transformation is real, and his momentum is powerful. Allowing him to continue this important work of healing without interruption would give him the opportunity to build on the incredible progress he has already made and to step fully into this new, responsible, and meaningful chapter of his life. Erik has shown me what true courage and personal accountability look like, and I am honored to stand by him.

Please feel free to contact me if you require any additional information or would like to discuss my observations further. I am more than happy to speak from the heart about the man Erik is today.

Sincerely,

Jaime Barbieri Event Planner Penumbra Inc. Alameda, California

# EXHIBIT E

**EXHIBITS IN SUPPORT OF SENTENCING MEMORANDUM**

June 23, 2026

To the Honorable Judge,

My name is Victoria Strohecker, and I am writing this letter on behalf of Eric. I have worked closely with him for the past year, and during that time I have come to know him both as a coworker and as a close friend. I respectfully offer this letter so the Court may understand the growth and character I have personally witnessed.

When I first met Eric, he was in a different place in his life than he is today. Over the past year — and especially in the last six months — I have seen him make meaningful and intentional changes. He made the decision to become sober and has remained committed to that choice. His sobriety is not something he treats lightly; it is a priority in his life, and I have personally observed the effort, discipline, and accountability he has put into maintaining it.

The change in him has been clear and consistent. He speaks openly about wanting to be better and actively takes steps to improve himself. He has accepted responsibility for his past and focuses on making better decisions moving forward. His actions show genuine growth, not just words.

At work, Eric leads a 9-man crew and carries significant responsibility. His team respects him, not out of fear or obligation, but because he works hard and leads by example. He shows up consistently, fulfills his responsibilities, and takes pride in doing his job well. His leadership role reflects the trust placed in him, and he has proven himself reliable and dependable.

On a personal level, Eric has also demonstrated stability and compassion. He recently adopted a dog and takes that responsibility seriously. The care and love he shows as a pet owner reflect the positive direction his life is moving. He is building a stable and responsible lifestyle.

In the time I have known Eric, I have seen sincere growth, maturity, and commitment to change. He is not the same person he was a year ago. He is focused on living responsibly, maintaining his sobriety, and continuing to grow into a better man. I believe he is fully capable of continuing on this positive path.

Thank you for taking the time to consider my perspective.

Respectfully,
Victoria Strohecker
[redacted]

# EXHIBIT F

**EXHIBITS IN SUPPORT OF SENTENCING MEMORANDUM**

**Erik Contreras Character Statement**
**June 20, 2026**

As the California State Parks Foundation (CSPF) volunteer lead at Half Moon Bay State Beach, I've had the pleasure of working with Erik Contreras at several habitat restoration workdays over the past 3 months.

Erik gives 100% effort at our workdays, performing the more demanding tasks such as shoveling and moving mulch, clearing invasive plants, and dumping large weed piles. His personable, outgoing nature enables him to strike up conversations with fellow volunteers, which creates the friendly, inviting environment we strive for at all of our workdays.

We've seen a huge increase in native flora and fauna at Half Moon Bay State Beach in the areas we've completely restored. Future volunteer contributions like Erik's will help us achieve our long term goal of restoring all 70 acres of coastal scrub and dune habitat there by 2035. We look forward to Erik's continued help in this endeavor!

**John Salcido**
CSPF Volunteer Core Team Lead
[redacted]

# EXHIBIT G

**EXHIBITS IN SUPPORT OF SENTENCING MEMORANDUM**

Brian Blitzstein

[redacted]

28 July 2026

To The Honorable Judge,

My name is Brian Blitzstein, and I am writing to provide a personal character reference for my friend, Erik Contreras. I first met Erik in April of this year through mutual friends, and since that time we have spent a significant amount of time together in a variety of settings. We have gone on hikes and whitewater rafting trips, attended community events such as Pride and Carnevale in San Francisco. We participated extensively in habitat-restoration volunteer work together for the California State Parks Foundation at Half Moon Bay. Erik also introduced me to my current girlfriend, which speaks to the trust and goodwill he fosters in his relationships. Throughout all the time I have known him, I have never observed Erik consume alcohol or use any recreational drugs.

In addition to the time spent together socially and through volunteer work, I have also observed Erik's commitment to building positive community spaces. He founded a dog-friendly hiking group on Meetup called BARK, which stands for Bay Area Roaming K-9s. The group welcomes people from all backgrounds and encourages outdoor activity, responsible pet ownership, social connection and actively practices gratitude. During every BARK outing, Erik takes a few minutes with the group to say a few words about what he is thankful for. Everyone in the group then gets a chance to share. Through BARK, Erik has consistently demonstrated an ability to bring people together, foster inclusivity, and create an environment where individuals feel comfortable, supported, and engaged.

I am also aware of Erik's extensive involvement in the Alcoholics Anonymous (AA) community. His dedication to maintaining sobriety is evident not only in his participation in AA but also in his daily conduct. In every situation where alcohol has been present—including social gatherings, restaurants, and outdoor events—I have only ever seen Erik choose non-alcoholic beverages. We keep alcohol-free options at home for when Erik comes over and bring them with us for his use when out. I have never witnessed him consume alcohol or any recreational drugs, even when others around him were doing so. His consistency in this regard has been clear, unwavering, and entirely self-driven.

Beyond his community involvement, Erik has recently taken meaningful steps in

his professional life. He is currently employed as a driver for San Leandro Division of Paratransit and holds a Commercial Driver's License (CDL) Learner's Permit. This role requires reliability, discipline, and adherence to strict safety standards, all of which align with the responsible behavior I have personally observed in him. His pursuit of this career path further reflects his commitment to stability, personal growth, and contributing positively to society.

Based on my experiences with Erik, I have found him to be dependable, considerate, and genuinely invested in the well-being of those around him. He consistently demonstrates good judgment, respect for others, and a strong sense of selflessness and community responsibility in both his personal and professional life. It is my sincere belief that Erik approaches challenges with integrity and good faith, and that his actions reflect a person who is committed to living constructively and conscientiously.

Please feel free to contact me by the phone number or email address at the end of this letter if further information or clarification would be helpful.

Sincerely,

Brian Blitzstein

Brian Blitzstein

Phone | [redacted]

Email | [redacted]

# EXHIBIT H

**EXHIBITS IN SUPPORT OF SENTENCING MEMORANDUM**

**Danielle Russell**
[redacted]

17th June 2026

**RE: Erik Contreras**

To Whom It May Concern,

I met Erik in early 2026 when he came into the rooms of AA. Since then I have had the pleasure to become his friend and watch him grow in the program and as a human.

While I may not know the charge(s) he is facing, I do know that since I've known him, he has shown nothing but kindness, empathy, and a strong desire to heal and grow. From my experience, it is rare to see someone come into AA and take it as serious as he has. He has gotten involved, taken service positions, made friends, and kept close to those around him that love and support him.

I have seen the regret and remorse he feels surrounding whatever these charge(s) are. He is determined to never let his mental health or drinking lead him down a path he doesn't want to go down again. We have also really connected when it comes to mental health and he is doing as much as he can to better himself for himself, his family, the community. We have spent hours talking, walking, getting food, etc. and I've come to rely on him for support and comfort when I need it. He is truly a good man and it's an honor to be his friend.

Please have grace and empathy when the time comes for the decision of his case. He deserves a chance to keep working on becoming the stand up man that I know he is..

Please call or email me if you have any questions or need any further information. Thank you for your time.

Sincerely,
Danielle Russell
[redacted]