UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

Judge: Jon S. Tigar

Time in Court: 60 minutes

Date: August 28, 2026

Case No.: **4:25-cr-00185-JST-1**

**United States of America** v. **Erik Antonio Contreras**

Defendant
☑ Present
☐ Not Present
☐ In Custody

Zachary Glimcher
U. S. Attorney

Joyce Leavitt
Defense Counsel

Salvador Tinoco
U.S. Probation

Courtroom Deputy Clerk: Dianna Shoblo

Court Reporter: Kendra Steppler
via zoom

*PROCEEDINGS*

Sentencing Hearing – Held.

*RESULT OF HEARING*

1. The Defendant is committed to the custody of the Bureau of Prisons for a term of 66 months as to Count One of the Information filed 06/27/2025; 10 years of supervised release, with the standard and special conditions as set forth on the record. The Defendant shall pay a special assessment in the amount of $100.00. JVTA Fine and any fine is waived.
2. Defendant is ordered to self-surrender to his designated facility or any US Marshal's Office on Friday, 12/04/2026 at 12:00 PM.
3. The Court recommends to the Bureau of Prisons that the Defendant be housed near the San Francisco Bay Area to maintain contact with his mother and family.
4. Court orders the following Defendant's property forfeited to the United States:
   One Asus Laptop, bearing serial number E6N0CX67326725F
   One Apple iPhone Pro Max, bearing serial number F2MZJLFVN70L
5. Briefs to be filed by 10/23/2026. Restitution Hearing is set for 10/30/2026 at 9:30 AM in Courtroom 6, 2nd Floor, in Oakland.